# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL S. ARGENYI,** | ) | **CASE NO. 8:09CV341** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CREIGHTON UNIVERSITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court upon a Joint Motion to Extend Time for Parties to File Discovery Motions (Filing #40).

**IT IS ORDERED** that the Joint Motion to Extend Time for Parties to File Discovery Motions is granted and the time to file Discovery Motions is extended to September 10, 2010. All other existing deadlines remain in effect.

**DATED June 18, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**