### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL S. ARGENYI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:09CV341 |
| vs. ) | |
| ) | ORDER |
| CREIGHTON UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

    This matter is before the court pursuant to 28 U.S.C. § 636 and the general order of referral on defendant's motion for extension of time. Responses and objections to the motion were due by 12:00 noon on July 16, 2010, and none were filed.

    For good cause shown,

    **IT IS ORDERED** that defendant's Motion (Doc. 44) is granted. Defendant is given an extension of time until and including **August 13, 2010** in which to serve its expert disclosures and reports. Plaintiff is granted an extension of time to **September 3, 2010** in which to disclose rebuttal experts.

    **DATED July 16, 2010.**

                                                      BY THE COURT:

                                                    s/ F.A. Gossett
                                                    **United States Magistrate Judge**