IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL S. ARGENYI, | ) |
| | ) |
| Plaintiff, | ) |
| | )   8:09CV341 |
| vs. | ) |
| | )   ORDER |
| CREIGHTON UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

THIS MATTER is before the court on the parties' Joint Motion for Stay Pending Mediation. The Court finds that the Joint Motion (Filing No. 57) should be granted.

**IT IS ORDERED** that the motion (Filing No. 57) is granted, as follows:

1. This case is stayed until and including **September 1, 2010** to permit the parties to participate in mediation.

2. During the period of stay, compliance with deadlines established by the progression order, responses to discovery and other proceedings shall not be required.

3. Pursuant to General Order 2005-21, all pending motions are hereby denied, without prejudice to their reassertion if the mediation is not successful.

4. On or before **September 1, 2010**, counsel shall file an appropriate motion regarding settlement or, if the case is not settled, to reprogress the case and reopen any motions that were denied without prejudice pursuant to General Order 2005-21.

**DATED August 18, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**