IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL S. ARGENYI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:09CV341 |
| vs. ) | |
| ) | ORDER |
| CREIGHTON UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

Upon notification that the parties did not reach a settlement during mediation,

**IT IS ORDERED** that the Joint Motion (#73) to lift the stay issued August 18, 2010 and to extend the progression order deadlines is granted. The final progression order (#32) is amended, as follows:

1. The deadline for filing motions for summary judgment is extended from October 22, 2010, to **December 6, 2010.**

2. The deposition deadline is extended from September 10, 2010, to **October 25, 2010.**

3. Motions in Limine challenging the admissibility of expert testimony at trial under Fed. R. Evid. 702, *see Kumho Tire Co., Ltd. v. Carmichael*, 526 U.S. 137 (1999), and *Daubert v. Merrell-Dow Pharmaceuticals*, 509 U.S. 579 (1993), shall be filed by **November 8, 2010**.

4. The **final pretrial conference** is continued from December 6, 2010 to **February 24, 2010 at 1:00 PM** in chambers, 111 South 18th Plaza, Suite 2210, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

5. Trial is continued from the week of January 18, 2011 to the week of **March 15, 2011**, in Omaha, Nebraska, before the Honorable Laurie Smith Camp, United States District Judge. Unless otherwise ordered, jury selection shall be at the commencement of trial.

**DATED September 9, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge