IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL S. ARGENYI,** | ) | CASE NO. 8:09CV341 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **CREIGHTON UNIVERSITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court upon a Joint Motion for an Extension of Time to File Expert Reports (Filing #114).

IT IS ORDERED that the Joint Motion for an Extension of Time to File Expert Reports is granted and the following modifications to the Court's Order for Progression (Filing #113) are as follows:

(1) Plaintiff's deadline to file his Expert Report extended until January 7, 2011;

(2) Defendant shall serve its statement of the expert witnesses it expects to testify no later than February 7, 2011;

(3) Plaintiff shall disclose additional rebuttal experts no later than February 28, 2011; and

(4) All depositions shall be completed by March 15, 2011.

DATED December 6, 2010.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge