IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL S. ARGENYI,** | ) | **CASE NO. 8:09CV341** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CREIGHTON UNIVERSITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court upon a Joint Motion for an Extension of Time to File Expert Reports (Filing No. 116). For good cause shown,

**IT IS ORDERED** that the Joint Motion for an Extension of Time to File Expert Reports (Filing No. 116) is granted and the deadlines established in Order No. 115 are extended as follows:

(1) Plaintiff's deadline to file his Expert Report is extended until January 21, 2011;

(2) Defendant shall serve its statement of the expert witnesses it expects to testify no later than February 22, 2011;

(3) Plaintiff shall disclose rebuttal experts no later than March 7, 2011; and

(4) All depositions shall be completed by March 29, 2011.

**DATED January 6, 2011.**

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**s/ F.A. Gossett, III**
　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**