# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL S. ARGENYI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:09CV341** |
| vs. | ) | |
| | ) | **ORDER** |
| **CREIGHTON UNIVERSITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the parties' Joint Motion for an Extension of Time (Filing 118).  For good cause shown,

**IT IS ORDERED** that the motion (Filing 118) is granted and the deadlines established in Order No. 117 are extended as follows:

(1) Plaintiff's deadline to file his Expert Report is extended until February 21, 2011;

(2) Defendant shall serve its statement of the expert witnesses it expects to testify no later than March 23, 2011;

(3) Plaintiff shall disclose additional rebuttal experts no later than April 7, 2011;

(4) All depositions shall be completed by April 22, 2011; and

(5) Motions for summary judgment shall be filed on or before May 1, 2011.

**DATED January 21, 2011.**

                                                          **BY THE COURT:**

                                                          s/ F.A. Gossett, III
                                                          **United States Magistrate Judge**