**INVOICE**

# Quinn's Quality Reporting, Ltd.

5706 S. 185th Street
Omaha, NE 68135

(402) 895–5066          EIN#47-0835379

**No. 122663**

| INVOICE DATE | |
|---|---|
| | 8/8/2010 |
| **JOB DATE** | |
| | 6/29/2010 |

| TO: | TITLE: |
|---|---|
| Scott Moore | Michael Argeny |
| 1700 Farnam St. 1500 Woodmen Tower | vs |
| Omaha, NE 68102 | Creighton University |

| COURT REPORTER JT | TERMS **NET 15** | ACCOUNT CODE 4000 | |
|---|---|---|---|

| Unit | | DESCRIPTION | Price/Unit | AMOUNT |
|---|---|---|---|---|
| 294 | 0+1 | Deposition of Michael Argeny | | $1,029.00 |
| 27 | | Index | | $27.00 |
| | | Delivery | | $18.00 |
| 238 | | Exhibits | | $61.12 |
| 6.75 | | Appearance Fee | | $202.50 |
| | | | | |
| | | | | |
| | | TOTAL | | $1337.62 |

**PLEASE MAKE CHECK PAYABLE TO <u>QUINN'S QUALITY REPORTING</u>**

**PLEASE REFERENCE INVOICE NUMBER ON REMITTANCE**

FEES
At 1231.50
Costs 106.12

**EXHIBIT**
A

**BAIRD HOLM** LLP

CHECK NO.: **248685**

| REF. # | INV. # | DATE | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|---------------------|-------------|
| 10116806 | 122663fees | 06-29-10 | C8229179/SPM | 1,231.50 |
| 10116807 | 122663costs | 08-08-10 | C8229179/SPM | 106.12 |
| 10116808 | 122671fees | 08-08-10 | U657589/SPM | 645.00 |
| 10116809 | 122671costs | 08-08-10 | U657589/SPM | 82.50 |
| | | | TOTAL AMOUNT PAID | 2,065.12 |

**BAIRD HOLM** LLP
1500 WOODMEN TOWER
1700 FARNAM STREET
OMAHA, NE 68102-2068

U. S. Bank   27-2/1040

CHECK NO.   **248685**

| CHECK DATE |
|------------|
| 08/16/10 |

U.S. BANK
Farnam at Seventeenth
Omaha, NE 68102

**CHECK AMOUNT**

$*****2,065.12

TWO THOUSAND SIXTY-FIVE AND 12/100 Dollar(s)

**Baird Holm LLP**

PAY
TO THE
ORDER OF

**Quinn's Quality Reporting, Ltd**
**5706 S. 185th Street**
**Omaha, NE 68135**

⑆248685⑆ ⑈104000029⑈

**INVOICE**

# Quinn's Quality Reporting, Ltd.

5706 S. 185th Street
Omaha, NE 68135

(402) 895–5066          EIN#47-0835379

**No. 122703**

| INVOICE DATE | |
|---|---|
| | 9/9/2010 |
| **JOB DATE** | |
| | 8/16/2010 |

| TO: | TITLE: |
|---|---|
| Kristine Kimball | |
| 1500 Woodmen Tower, 1700 Farnam St | |
| Omaha, NE 68102 | |

| COURT REPORTER JT | TERMS **NET 15** | ACCOUNT CODE 4000 | Finance charges are computed at .8333% per month on accounts 15 days past due |
|---|---|---|---|

| Unit | | DESCRIPTION | Price/Unit | AMOUNT |
|---|---|---|---|---|
| | | E-Trans for Michael Argenyi | | $30.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $30.00 |

## PLEASE MAKE CHECK PAYABLE TO <u>QUINN'S QUALITY REPORTING</u>

## PLEASE REFERENCE INVOICE NUMBER ON REMITTANCE

**B A I R D   H O L M** LLP

CHECK NO.:   **249137**

| REF. # | INV. # | DATE | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|---------------------|-------------|
| 10117438 | 122703cost | 09-09-10 | C8229179/SPM | 30.00 |
| | | | | |
| | | | TOTAL AMOUNT PAID | 30.00 |

**B A I R D   H O L M** LLP
1500 WOODMEN TOWER
1700 FARNAM STREET
OMAHA, NE 68102-2068

U.S. Bank          27-2
                   1040

CHECK NO.    **249137**

| CHECK DATE | U.S. BANK |
| 09/ 15/ 10 | Farnam at Seventeenth |
| | Omaha, NE 68102 |

**CHECK AMOUNT**

$*******30.00

THIRTY AND 00/100 Dollar(s)

**Baird Holm LLP**

PAY
TO THE
ORDER OF

**Quinn's Quality Reporting, Ltd**
**5706 S. 185th Street**
**Omaha, NE 68135**

⑈ 2 4 9 1 3 7 ⑈ ⑆ 1 0 4 0 0 0 0 2 9 ⑆

**INVOICE**

# Quinn's Quality Reporting, Ltd.

5706 S. 185th Street
Omaha, NE 68135

(402) 895–5066                    EIN#47-0835379

**No. 122823**

| INVOICE DATE | |
|---|---|
| | 11/19/2010 |
| **JOB DATE** | |
| | 10/18/2010 |

| TO: | TITLE: |
|---|---|
| Scott Moore | Argenyi vs Creighton University |
| 1500 Woodman Tower 1700 Farnam St | |
| Omaha, NE 68102 | |

| COURT REPORTER | TERMS | ACCOUNT CODE | |
|---|---|---|---|
| DL | **NET 15** | 4000 | |

| Unit | | DESCRIPTION | Price/Unit | AMOUNT |
|---|---|---|---|---|
| 34 | 0+1 | Medical Deposition of Britt Thedinger, M.D. | | $127.50 |
| 1 | | Appearance Fee | | $30.00 |
| 2 | | Exhibits | | $0.60 |
| | | Delivery | | $6.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | **TOTAL** | | $164.10 |

*handwritten: 157? fee*
*handwritten: $6.6 cost*

**PLEASE MAKE CHECK PAYABLE TO QUINN'S QUALITY REPORTING**

**PLEASE REFERENCE INVOICE NUMBER ON REMITTANCE**

**BAIRD HOLM** LLP

CHECK NO.:  **250534**

| REF. # | INV. # | DATE | INVOICE DESCRIPTION | AMOUNT PAID |
|---|---|---|---|---|
| 10119197 | 122823fees | 11-19-10 | C8229179/SPM | 157.50 |
| 10119198 | 122823costs | 11-19-10 | C8229179/SPM | 6.60 |

| | | | TOTAL AMOUNT PAID | 164.10 |

---

**BAIRD HOLM** LLP
1500 WOODMEN TOWER
1700 FARNAM STREET
OMAHA, NE 68102-2068

U S. Bank    27-2 / 1040

CHECK NO.    **250534**

| CHECK DATE |
|---|
| 11/ 29/ 10 |

U.S. BANK
Farnam at Seventeenth
Omaha, NE 68102

**CHECK AMOUNT**

$*******164.10

ONE HUNDRED SIXTY-FOUR AND 10/100 Dollar(s)

**Baird Holm LLP**

PAY
TO THE
ORDER OF

Quinn's Quality Reporting, Ltd
5706 S. 185th Street
Omaha, NE 68135

⑈250534⑈ ⑆104000029⑆ ▮

# Yamaguchi Obien Mangio, LLC

**Court Reporting & Video**
1200 Fifth Avenue, Suite 1820
Seattle, WA 98101-4001
Phone: (206) 622-6875     Fax: (206) 343-4110

Controlling Format:   UQPA

Job #: 101020KLH
Job Date: 10/20/2010
Order Date: 10/20/2010
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Draft Invoice

Draft Date:     11/01/2010
Balance:        $1,114.10
Billed By:  KS

| Bill To: | Action: | Argenyi, Michael S. |
| --- | --- | --- |
| Scott P. Moore | | vs |
| Baird Holm LLP | | Creighton University |
| 1500 Woodmen Tower | Action #: | 8:09CV341 |
| 1700 Farnam St | Rep: | KLH |
| Omaha, NE 68102 | Cert: | 2705 |

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Disc. Amt | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | Richard Okamoto | Appearance | Hours | 5.00 | $65.00 | $0.00 | $325.00 |
| 2 | Richard Okamoto | Original & 1 Certified Transcript | Pages | 178 | $4.05 | $0.00 | $720.90 |
| 3 | Richard Okamoto | E-Transcript Conversion | Conv... | 1.00 | $25.00 | $0.00 | $25.00 |
| 4 | Richard Okamoto | Exhibit Scanning | Unit | 78.00 | $0.40 | $0.00 | $31.20 |
| 5 | Richard Okamoto | Delivery of Original Transcript | Labor | 1.00 | $12.00 | $0.00 | $12.00 |

**Comments:**

Log on to www.yomreporting.com and click the Register Now For Online Access link to have access to all invoicing information 24/7.  Click Make a Payment to pay online using PayPal.

| | |
| --- | --- |
| Sub Total | $1,114.10 |
| Shipping | $0.00 |
| Tax | $0.00 |
| Total Invoice | $1,114.10 |
| Payment | $0.00 |
| Balance Due | $1,114.10 |

Federal Tax I.D.:   42-1604663        Terms: After 30 Days 1% Finance Charge...

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

| Bill To: | Deliver To: |
| --- | --- |
| Scott P. Moore | Scott P. Moore |
| Baird Holm LLP | Baird Holm LLP |
| 1500 Woodmen Tower | 1500 Woodmen Tower |
| 1700 Farnam St | 1700 Farnam St |
| Omaha, NE 68102 | Omaha, NE 68102 |

# Draft Invoice

Phone:  (206) 622-6875
Fax:  (206) 343-4110

Draft Date: 11/01/2010
Balance: $1,114.10
Job #:  101020KLH
Job Date: 10/20/2010
DB Ref.#:
Date of Loss:   / /
Your File #:
Your Client:

Yamaguchi Obien Mangio, LLC
Court Reporting & Video
1200 Fifth Avenue, Suite 1820
Seattle, WA 98101-4001

**BAIRD HOLM** LLP

CHECK NO.: **250028**

| REF. # | INV. # | DATE | INVOICE DESCRIPTION | AMOUNT PAID |
|---|---|---|---|---|
| 10118543 | 101020KLHfees | 10-20-10 | C8229179/SPM | 1,045.90 |
| 10118544 | 101020KLHcosts | 11-01-10 | C8229179/SPM | 68.20 |
| | | | TOTAL AMOUNT PAID | 1,114.10 |

**BAIRD HOLM** LLP
**1500 WOODMEN TOWER**
**1700 FARNAM STREET**
**OMAHA, NE 68102-2068**

U S. Bank    27-2 / 1040

CHECK NO.   **250028**

| CHECK DATE | | CHECK AMOUNT |
|---|---|---|
| 11/04/10 | U.S. BANK<br>Farnam at Seventeenth<br>Omaha, NE 68102 | $*****1,114.10 |

ONE THOUSAND ONE HUNDRED FOURTEEN AND 10/100 Dollar(s)

**Baird Holm LLP**

PAY
TO THE
ORDER OF

**Yamaguchi Obien Mangio, LLC**
**Court Reporting & Video**
**1200 Fifth Ave Ste 1820**
**Seattle, WA 98101-4001**

⑊ 250028⑊ ⑊104000029⑊

# INVOICE

Thomas & Thomas Court Reporters
P.O. Box 31250
Omaha, NE 68131
Phone:402-556-5000   Fax:402-556-2037

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 19195 | 10/6/2010 | 35250 |
| Job Date | Case No. | |
| 9/28/2010 | | |

| Case Name |
|---|
| Argenyi vs Creighton University |

Christopher R Hedican
Baird Holm LLP
1500 Woodmen Tower
Omaha, NE 68102

| Payment Terms |
|---|
| Due upon receipt |

CERTIFIED DEPOSITION OF:

Michael Kavan                                                              303.13

**TOTAL DUE  >>>**                                       **$303.13**

AFTER 11/5/2010 PAY                                       $318.29

VENDORS: TO ENSURE PROPER CREDIT,
PLEASE ATTACH A FULL-PAGE COPY OF YOUR INVOICE WITH PAYMENT.  THANK YOU!

A 2.98% Surcharge will be assessed for all credit card payments.

SCHEDULE ONLINE
www.nebraskacourtreporters.com

**Tax ID: 47-0841603**                                Phone: 402-344-0500   Fax:402-344-0588

*Please detach bottom portion and return with payment.*

Christopher R Hedican
Baird Holm LLP
1500 Woodmen Tower
Omaha, NE 68102

| | | | |
|---|---|---|---|
| Job No.    : | 35250 | BU ID | : 1-MAIN |
| Case No.    : | | | |
| Case Name : | Argenyi vs Creighton University | | |

Invoice No.  :  19195              Invoice Date  : 10/6/2010

**Total Due  :  $ 303.13**

AFTER 11/5/2010 PAY $318.29

**PAYMENT WITH CREDIT CARD**   AMEX   MASTER   VISA

Cardholder's Name:

Card Number:

Exp. Date:                              Phone#:

Billing Address:

Zip:                     Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **Thomas & Thomas Court Reporters**
              **P.O. Box 31250**
              **Omaha, NE 68131**

**BAIRD HOLM** LLP

CHECK NO.:   **249630**

| REF. # | INV. # | DATE | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|---------------------|-------------|
| 10118063 | 34889fees | 09-14-10 | L000210/ADB | 152.55 |
| 10118064 | 35056fees | 09-07-10 | C8229179/SPM | 131.25 |
| 10118065 | 19195fees | 10-06-10 | C8229179/SPM | 303.13 |
| | | | TOTAL AMOUNT PAID | 586.93 |

**BAIRD HOLM** LLP
1500 WOODMEN TOWER
1700 FARNAM STREET
OMAHA, NE 68102-2068

U. S. Bank    27-2 / 1040

CHECK NO.    **249630**

| CHECK DATE | U.S. BANK |
|------------|-----------|
| 10/13/10 | Farnam at Seventeenth |
| | Omaha, NE 68102 |

**CHECK AMOUNT**

$*******586.93

FIVE HUNDRED EIGHTY-SIX AND 93/100 Dollar(s)

**Baird Holm LLP**

PAY
TO THE
ORDER OF

**Thomas & Thomas Court Reporters**
**3861 Farnam St**
**PO Box 31250**
**Omaha, NE 68131**

# INVOICE

Thomas & Thomas Court Reporters
P.O. Box 31250
Omaha, NE 68131
Phone:402-556-5000   Fax:402-556-2037

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 18302 | 7/14/2010 | 34558 |
| **Job Date** | **Case No.** | |
| 6/30/2010 | | |
| **Case Name** | | |
| Argenyi vs Creighton University | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Scott P. Moore
Baird Holm LLP
1500 Woodmen Tower
Omaha, NE  68102

---

CERTIFIED DEPOSITION OF:

   Wade Pearson

                                                                            400.05

                         **TOTAL DUE  >>>**      **$400.05**
                         AFTER 8/13/2010 PAY     $420.05

VENDORS: TO ENSURE PROPER CREDIT,
PLEASE ATTACH A FULL-PAGE COPY OF YOUR INVOICE WITH PAYMENT.  THANK YOU!

A 2.78% Surcharge will be assessed for all credit card payments.

SCHEDULE ONLINE
www.nebraskacourtreporters.com

---

**Tax ID:** 47-0841603

Phone: 402-344-0500   Fax:402-344-0588

*Please detach bottom portion and return with payment.*

---

Scott P. Moore
Baird Holm LLP
1500 Woodmen Tower
Omaha, NE  68102

Job No.    : 34558        BU ID    :1-MAIN
Case No.   :
Case Name  :  Argenyi vs Creighton University

Invoice No. : 18302         Invoice Date  :7/14/2010
**Total Due  :  $ 400.05**
AFTER 8/13/2010 PAY $420.05

**PAYMENT WITH CREDIT CARD**   AMEX    VISA

Cardholder's Name:

Card Number:

Exp. Date:           Phone#:

Billing Address:

Zip:        Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **Thomas & Thomas Court Reporters**
          **P.O. Box 31250**
          **Omaha, NE  68131**

**BAIRD HOLM** LLP

CHECK NO.: **248286**

| REF. # | INV. # | DATE | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|--------------------|-------------|
| 1011632 | 18302fees | 07-14-10 | C8229179/SPM | 400.05 |
| | | | TOTAL AMOUNT PAID | 400.05 |

**BAIRD HOLM** LLP
1500 WOODMEN TOWER
1700 FARNAM STREET
OMAHA, NE 68102-2068

U.S. Bank   27-2 / 1040

CHECK NO.   **248286**

| CHECK DATE | U.S. BANK |
|------------|-----------|
| 07/21/10 | Farnam at Seventeenth |
| | Omaha, NE 68102 |

**CHECK AMOUNT**

$*******400.05

FOUR HUNDRED AND 05/100 Dollar(s)

**Baird Holm LLP**

PAY
TO THE
ORDER OF

**Thomas & Thomas Court Reporters**
**3861 Farnam St**
**PO Box 31250**
**Omaha, NE 68131**

# INVOICE

Thomas & Thomas Court Reporters
P.O. Box 31250
Omaha, NE 68131
Phone:402-556-5000   Fax:402-556-2037

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 19426 | 10/28/2010 | 35635 |
| **Job Date** | **Case No.** | |
| 10/26/2010 | | |

| **Case Name** |
|---|
| Argenyi vs Creighton University |

Scott P. Moore
Baird Holm LLP
1500 Woodmen Tower
Omaha, NE 68102

| **Payment Terms** |
|---|
| Due upon receipt |

COPY DEPOSITION OF:

Dr. Thomas Hansen

364.36

**TOTAL DUE >>>**          **$364.36**
AFTER 11/27/2010 PAY          $382.58

VENDORS: TO ENSURE PROPER CREDIT,
PLEASE ATTACH A FULL-PAGE COPY OF YOUR INVOICE WITH PAYMENT.  THANK YOU!

A 2.98% Surcharge will be assessed for all credit card payments.

SCHEDULE ONLINE
www.nebraskacourtreporters.com

**Tax ID:** 47-0841603                                     Phone: 402-344-0500   Fax:402-344-0588

*Please detach bottom portion and return with payment.*

Scott P. Moore
Baird Holm LLP
1500 Woodmen Tower
Omaha, NE 68102

Job No.     : 35635          BU ID          :1-MAIN
Case No.    :
Case Name  : Argenyi vs Creighton University

Invoice No. : 19426          Invoice Date  :10/28/2010
**Total Due  : $ 364.36**
AFTER 11/27/2010 PAY  $382.58

Remit To: **Thomas & Thomas Court Reporters**
          **P.O. Box 31250**
          **Omaha, NE  68131**

**PAYMENT WITH CREDIT CARD**   AMEX  [   ]  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:

**BAIRD HOLM** LLP

**CHECK NO.:**   **250026**

| REF. # | INV. # | DATE | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|---------------------|-------------|
| 10118542 | 35635 fees | 10-28-10 | C8229179/SPM | 364.36 |

|  |  |  | TOTAL AMOUNT PAID | 364.36 |

**BAIRD HOLM** LLP
1500 WOODMEN TOWER
1700 FARNAM STREET
OMAHA, NE 68102-2068

U.S. Bank   27-2 / 1040

**CHECK NO.**   **250026**

| CHECK DATE |
|------------|
| 11/04/10 |

U.S. BANK
Farnam at Seventeenth
Omaha, NE 68102

**CHECK AMOUNT**

$*******364.36

THREE HUNDRED SIXTY-FOUR AND 36/100 Dollar(s)

**Baird Holm LLP**

PAY
TO THE
ORDER OF

**Thomas & Thomas Court Reporters**
3861 Farnam St
PO Box 31250
Omaha, NE 68131

# Invoice

Bobbi M. Randall, RPR, CSR
Matheson-Taulborg Court Reporters
7602 Pacific Street, Suite LL101
Omaha, NE  68114
(402) 397-9669

| DATE | INVOICE # |
|------|-----------|
| 6/14/2011 | 3611 |

| BILL TO |
|---------|
| Scott P. Moore<br>1500 Woodmen Tower<br>Omaha, NE  68102 |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Copy of Deposition | Deposition of Dr. Knoop; Argenyi vs. Creighton | 128.00 |

Please make checks payable to Bobbi Randall, Inc.
FIN 27 2452129

| **Total** | 128.00 |
|-----------|--------|

**BAIRD HOLM** LLP

CHECK NO.: **254014**

| REF. # | INV. # | DATE | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|---------------------|-------------|
| 10123856 | 3611 | 06-14-11 | C8229179/SPM | 128.00 |
| | | | TOTAL AMOUNT PAID | 128.00 |

**BAIRD HOLM** LLP
1500 WOODMEN TOWER
1700 FARNAM STREET
OMAHA, NE 68102-2068

U S. Bank      27-2
                1040

CHECK NO.    **254014**

| CHECK DATE |
|------------|
| 06/24/11 |

U.S. BANK
Farnam at Seventeenth
Omaha, NE 68102

**CHECK AMOUNT**

$*******128.00

ONE HUNDRED TWENTY-EIGHT AND 00/100 Dollar(s)

**Baird Holm LLP**

PAY
TO THE
ORDER OF

Bobbi M. Randall, RPR
Matheson-Taulborg
7602 Pacific St Ste LL101
Omaha, NE 68114

⑈"254014"⑈ ⑈:104000029⑈:

**INVOICE**

## Quinn's Quality Reporting, Ltd.

5706 S. 185th Street
Omaha, NE 68135

(402) 895–5066          EIN#47-0835379

**No. 122805**

| INVOICE DATE | 11/4/2010 |
|---|---|
| JOB DATE | 10/18/2010 |

| TO: | TITLE: |
|---|---|
| Scott P. Moore | Argenyi vs Creighton University |
| 1700 Farnam St, 1500 Woodmen Tower | |
| Omaha, NE 68102 | |

| COURT REPORTER JT | TERMS **NET 15** | ACCOUNT CODE 4000 | |
|---|---|---|---|

| Unit | | DESCRIPTION | Price/Unit | AMOUNT |
|---|---|---|---|---|
| 203 | 0+1 | Deposition of Gail Peoples | | $710.50 |
| | | E-trans | | $30.00 |
| 4 | | Appearance Fee | | $120.00 |
| 32 | | Exhibits | | $8.00 |
| | | Delivery | | $7.00 |
| | | | | |
| | | | | |
| | | | TOTAL | $875.50 |

### PLEASE MAKE CHECK PAYABLE TO <u>QUINN'S QUALITY REPORTING</u>

### PLEASE REFERENCE INVOICE NUMBER ON REMITTANCE

830.50 fees
45.00 costs
875.50

**BAIRD HOLM** LLP                                                          CHECK NO.:   **250133**

| REF. # | INV. # | DATE | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|---------------------|-------------|
| 10118704 | 122805fees | 11-04-10 | C8229179/SPM | 830.50 |
| 10118705 | 122805costs | 11-04-10 | C8229179/SPM | 45.00 |
| | | | TOTAL AMOUNT PAID | 875.50 |

**BAIRD HOLM** LLP
1500 WOODMEN TOWER
1700 FARNAM STREET
OMAHA, NE 68102-2068

U S. Bank        27-2 / 1040

CHECK NO.     **250133**

| CHECK DATE | U.S. BANK |
|------------|-----------|
| 11/12/10 | Farnam at Seventeenth |
| | Omaha, NE 68102 |

**CHECK AMOUNT**

$•••••••875.50

EIGHT HUNDRED SEVENTY-FIVE AND 50/100 Dollar(s)

**Baird Holm LLP**

PAY
TO THE
ORDER OF

**Quinn's Quality Reporting, Ltd**
**5706 S. 185th Street**
**Omaha, NE 68135**

⑈250133⑈ ⑆104000029⑈

**INVOICE**

# Quinn's Quality Reporting, Ltd.

5706 S. 185th Street
Omaha, NE 68135

(402) 895–5066          EIN#47-0835379

**No. 123125**

| INVOICE DATE | 6/5/2011 |
| JOB DATE | 5/17/2011 |

| TO: | TITLE: |
|---|---|
| Scott Moore | Argenyi vs Creighton University |
| 1700 Farnam St., 1500 Woodmen Tower | |
| Omaha, NE 68102 | |

| COURT REPORTER JT | TERMS **NET 15** | ACCOUNT CODE 4000 | |
|---|---|---|---|

| Unit | | DESCRIPTION | Price/Unit | AMOUNT |
|---|---|---|---|---|
| 106 | 0+1 | Deposition of Margaret Tyska Heaney | | $371.00 |
| 2.5 | | Appearance Fee | | $75.00 |
| | | Read and Sign | | $15.00 |
| 43 | | Exhibits | | $10.75 |
| | | Delivery | | $8.00 |
| | | | | |
| | | | | |
| | | TOTAL | | $479.75 |

**PLEASE MAKE CHECK PAYABLE TO QUINN'S QUALITY REPORTING**

**PLEASE REFERENCE INVOICE NUMBER ON REMITTANCE**

**BAIRD HOLM** LLP

CHECK NO.:   253737

| REF. # | INV. # | DATE | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|---------------------|-------------|
| 10123498 | 123125 | 06-05-11 | C8229179/SPM | 479.75 |
| | | | | |
| | | | TOTAL AMOUNT PAID | 479.75 |

**BAIRD HOLM** LLP
1500 WOODMEN TOWER
1700 FARNAM STREET
OMAHA, NE 68102-2068

U.S. Bank    27-2
              1040

CHECK NO.    **253737**

CHECK DATE
06/ 07/ 11

U.S. BANK
Farnam at Seventeenth
Omaha, NE 68102

**CHECK AMOUNT**

$ * * * * * * * 479.75

FOUR HUNDRED SEVENTY-NINE AND 75/100 Dollar(s)

**Baird Holm LLP**

PAY
TO THE
ORDER OF

**Quinn's Quality Reporting, Ltd**
**5706 S. 185th Street**
**Omaha, NE 68135**

⑈253737⑈ ⑈104000029⑈

**BRITT A THEDINGER MD PC**
9202 WEST DODGE ROAD SUITE 200
OMAHA NE 68114-3318

**RETURN SERVICE REQUESTED**

For all billing questions, call: 402-933-3277
Or 1-800-228-3277

| IF PAYING BY VISA, MASTERCARD, DISCOVER OR AMERICAN EXPRESS, FILL OUT BELOW |
|---|
| ☐ VISA   ☐ MASTERCARD   ☐ DISCOVER   ☐ AMER EXP |
| CARD NUMBER                              EXP DATE          AMOUNT |
| SIGNATURE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NO |
|---|---|---|
| 11/09/2010 | $1,000.00 | 018589 |

CHARGES AND CREDITS MADE AFTER STATEMENT
DATE WILL APPEAR ON NEXT STATEMENT

SHOW AMOUNT PAID HERE $

MAKE CHECKS PAYABLE / REMIT TO:

━━ ADDRESSEE: ━━

10074-237

DIANNE D DELAIR
134 SOUTH 13TH STREET
SUITE 600
LINCOLN, NE 68508

**BRITT A THEDINGER MD PC**
9202 WEST DODGE ROAD SUITE 200
OMAHA NE 68114-3318

☐ Please check box if above address is incorrect or insurance
information has changed, and indicate change(s) on reverse side.

## STATEMENT

PLEASE DETACH AND RETURN TOP PORTION WITH
YOUR PAYMENT IN ENCLOSED ENVELOPE

| Date | Description | ICD-9 | CPT Code | Adjustment | Balance |
|---|---|---|---|---|---|
| 10/18/2010 | 018590 ARGENYI MICHAEL<br>DEPOSITION | 389.18 | DEPOS | 1,000.00 | 1,000.00 |

| Patient Aged Receivables | | | | | | |
|---|---|---|---|---|---|---|
| Current | 30 Days | 60 Days | 90 Days | 120 Days | Insurance Pending | $0.00 |
| $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | Account Balance | $1,000.00 |

For all billing questions, call: 402-933-3277
Or 1-800-228-3277

## STATEMENT
SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION



**B A I R D  H O L M** LLP

CHECK NO.:   **250536**

| REF. # | INV. # | DATE | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|---------------------|-------------|
| 10119194 | 110910fees | 11-09-10 | C8229179/SPM | 1,000.00 |

| | | | TOTAL AMOUNT PAID | 1,000.00 |

**B A I R D  H O L M** LLP
1500 WOODMEN TOWER
1700 FARNAM STREET
OMAHA, NE 68102-2068

U.S. Bank      27-2
              1040

CHECK NO.    **250536**

| CHECK DATE |
|------------|
| 11/29/10 |

U.S. BANK
Farnam at Seventeenth
Omaha, NE 68102

**CHECK AMOUNT**

$*****1,000.00

ONE THOUSAND AND 00/100 Dollar(s)

**Baird Holm LLP**

PAY
TO THE
ORDER OF

Dr. Britt A. Thedinger
9202 West Dodge Rd Ste 200
Omaha, NE 68114-3318

⑈250536⑈ ⑆1040000029⑆

October 20, 2010

Dianne D. DeLair
Staff Attorney
Nebraska Advocacy Services, Inc.
*The Center for Disability Rights, Law and Advocacy*
134 South 13th Street, Suite 600
Lincoln, NE 68508

Mr. Moore
Dear ~~Ms. DeLair~~:

*Attn: Scott P. Moore*
*# 402.344.0588 fax*
*4 pgs total*
*916.601.9836*

Enclosed are my receipts for my travel, accommodations and fees for serving as an expert witness in the case of Argenyi v Creighton University.  You may send the check payable to:

Gail Peoples
███████████
Sacramento, CA 95822

| | | |
|---|---|---|
| October 17 – 19 | Hotel: | $512.14 |
| October 17, 19 | Flight: | 674.30 |
| October 17 | Cab: | 15.00 |
| | | $1201.44 |

| Meals | | |
|---|---|---|
| October 17 | | $  1.79 |
| October 17 | | 4.22 |
| October 18 | | ($30.93 room service included in hotel) |
| October 18 | | ($10.91 room service included in hotel) |
| October 19 | | 13.92 |
| | | $  19.93 |

| | |
|---|---|
| $400/day for deposition (3X400) | $1,200.00 |
| Total: | $ 2421.37 |

Thank you,

Gail Peoples
(916) 427-1352



- **Main Voucher Information**
- **Defaults**

| | |
|---|---|
| Voucher ID: | 10118946 |
| Transaction Date: | 11/23/2010 |
| Vendor ID: | 2664995 |
| Address ID: | 1   Gail Peoples |
| Invoice Number: | 112310 |
| Invoice Date: | 11/23/2010 |

Batch ID:   101123OK

Sacramento, CA  95831

Voucher Amount:      610.68

| | |
|---|---|
| Check Number: | 250305 |
| Check Date: | 11/23/2010 |
| Bank ID: | 1STIER |

**All Hard Disb Expensed**

| | Type | Account | | Description | Employee | Amount |
|---|---|---|---|---|---|---|
| 1 | PR | 87600 | 0000 | 1/2 M expenses for deposition/C8229179 | KPK | 610.68 |

GL Distributed:      610.68                                    Remaining:      0.00

Cost Period:   1110         Cost Batch:      37024

| | Matter Number | Timekeeper | Auth/Tax | Cost Code | Amount | Date W |
|---|---|---|---|---|---|---|
| 1 | C8229-00179 | KPK | KPK | 04 | 610.68 | 11/23/20 |
| 2 | | | | | | |

Costs Required:      610.68      Costs Distributed:      610.68      Remaining:      0.00

| Required: 610.68 | Distributed: 610.68 | Remaining: 0.00 |
|---|---|---|
| Index: 579639 | Period: 1110 | Batch: 37024 |

| Date Worked: | 11/23/2010 | | |
|---|---|---|---|
| Matter Number: | C8229-00179 | Matter Name: | C8229-00179 |
| Client Name 1: | Creighton University | | |
| Description: | Argenyi, Michael S. | | |
| Timekeeper: | KPK    Kris P. Kimball | | |
| Authorized by: | KPK    Kris P. Kimball | | |
| Cost Code: | 04 | | |

| Quantity: | 1.00 | Quantity Billed: | 1.00 |
|---|---|---|---|
| Rate: | 610.68 | Rate Billed: | 610.68 |
| Amount: | 610.68 | Amount Billed: | 610.68 |

Deposition/1/2 Travel Expense - Gail Peoples

User Defined Field

User Defined Field

User Defined Field

User Defined Field

Imaging

**BAIRD HOLM** LLP

CHECK NO.:   **250743**

| REF. # | INV. # | DATE | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|---------------------|-------------|
| 10119485 | 120810 | 12-08-10 | C822900179/SPM | 610.68 |
| | | | TOTAL AMOUNT PAID | 610.68 |

**BAIRD HOLM** LLP
1500 WOODMEN TOWER
1700 FARNAM STREET
OMAHA, NE 68102-2068

U S. Bank   27-2 / 1040

CHECK NO.   **250743**

| CHECK DATE | U.S. BANK |
|------------|-----------|
| 12/08/10 | Farnam at Seventeenth |
| | Omaha, NE 68102 |

**CHECK AMOUNT**

$*******610.68

SIX HUNDRED TEN AND 68/100 Dollar(s)

**Baird Holm LLP**

PAY
TO THE
ORDER OF

Gail Peoples

Sacramento, CA 95831

⑆250743⑆ ⑆104000029⑆

**BAIRD HOLM** LLP

CHECK NO.: **250920**

| REF. # | INV. # | DATE | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|---------------------|-------------|
| 10119674 | 121610 | 12-16-10 | C8229179/SMP | 1,200.00 |
| | | | TOTAL AMOUNT PAID | 1,200.00 |

**BAIRD HOLM** LLP
1500 WOODMEN TOWER
1700 FARNAM STREET
OMAHA, NE 68102-2068

U S Bank

27-2
─────
1040

CHECK NO.  **250920**

| CHECK DATE |
|------------|
| 12/ 16/ 10 |

U.S. BANK
Farnam at Seventeenth
Omaha, NE 68102

**CHECK AMOUNT**

$*****1,200.00

ONE THOUSAND TWO HUNDRED AND 00/100 Dollar(s)

**Baird Holm LLP**

PAY
TO THE
ORDER OF

Gail D. Peoples
█████████
Sacramento, CA 95822

⑆250920⑆ ⑆101000029⑆ ██████████

**MARGARET TYSKA HEANEY, RPR**

███████████████

**Omaha, Nebraska  68132**


**FEE SCHEDULE/INVOICE**
**MAY 18, 2011**


| Testimony – May 17, 2011 | 2.5 hours | $237.50 |
|---|---|---|
| **Total** | | **$237.50** |

**BAIRD HOLM** LLP

CHECK NO.:   **254185**

| REF. # | INV. # | DATE | INVOICE DESCRIPTION | AMOUNT PAID |
|--------|--------|------|---------------------|-------------|
| 10124100 | 051811fees | 05-18-11 | C8229179/SPM | 237.50 |
|  |  |  |  |  |
|  |  |  | TOTAL AMOUNT PAID | 237.50 |

**BAIRD HOLM** LLP
1500 WOODMEN TOWER
1700 FARNAM STREET
OMAHA, NE 68102-2068

U.S. Bank      27-2
                1040

CHECK NO.   **254185**

| CHECK DATE |
|------------|
| 07/ 07/ 11 |

U.S. BANK
Farnam at Seventeenth
Omaha, NE 68102

**CHECK AMOUNT**

$*******237.50

TWO HUNDRED THIRTY-SEVEN AND 50/100 Dollar(s)

**Baird Holm LLP**

PAY
TO THE
ORDER OF

Margaret Tyska Heaney, RPR

Omaha, NE 68132

⑈254185⑈ ⑆104000029⑆