CCRP-D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL S. ARGENYI,<br><br>           Plaintiff<br>v.<br><br>CREIGHTON UNIVERSITY,<br><br>           Defendant. | Case No.  8:09CV341 |

**NOTIFICATION OF REQUEST FOR VIDEO RECORDING**

The parties in this case are hereby notified that the following proceeding is eligible for video recording under the Judicial Conference Committee on Court Administration and Case Management Guidelines for the Cameras Pilot Project in the District Courts and this court's Local Guidelines. The court requests the parties' consent to record the following proceeding:

Jury Trial

Date of scheduled proceeding (if known):  08/20/2013

The parties are required to complete Form E, "Party Response to Request for Video Recording," and e-mail it to cameraspilot@ned.uscourts.gov no later than seven days prior to the proceeding or, for proceedings scheduled with little notice, as soon as practicable.

DATED:  05/14/2013                                                                  Marian Lea Frahm
                                                                                                    Deputy Clerk