# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MICHAEL S. ARGENYI,**<br><br>     Plaintiff,<br><br>vs.<br><br>**CREIGHTON UNIVERSITY,**<br><br>     Defendant. | CASE NO. 8:9CV341<br><br><br>ORDER |

Before the Court is Defendant's Renewed Motion for Partial Summary Judgment as to Plaintiff's Claim for Compensatory Damages and Motion to Strike Jury Demand (Filing No. 258). A jury trial is set in this matter for August 20, 2013. In light of this fast approaching trial date,

IT IS ORDERED:

1. The Plaintiff shall respond to the Defendant's Motion on or before July 12, 2013; and

2. No reply brief will be permitted.

Dated this 28th day of June, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge