IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL S. ARGENYI,

    Plaintiff,

v.

CREIGHTON UNIVERSITY,

    Defendant.

CASE NO. 8:09CV341

**DEFENDANT'S MOTION IN LIMINE**

Defendant, Creighton University ("Creighton") respectfully moves the Court for an order *in limine* to limit the evidence, testimony, and argument presented by Plaintiff, Michael Argenyi, through his counsel, as follows:

A. Preclude Argenyi from seeking reimbursement for costs he incurred in securing CART and interpreters for his classes at Creighton;

B. Preclude Argenyi, under Federal Rule of Evidence 408, from presenting evidence that Creighton allowed him to use and paid for interpreters during settlement negotiations;

C. Limit Esther Argenyi, M.D.'s testimony by Federal Rule of Evidence 701;

D. Exclude Dr. Pollard as a trial witness;

E. Exclude Dr. Moreland as a trial witness;

F. Exclude testimony from Dr. Thedinger regarding conversations he had with Creighton's legal counsel;

G. Exclude testimony from Argenyi on his subject belief;

H. Exclude witness testimony regarding housing Creighton's conduct toward

Argenyi affected them emotionally;

I. Exclude witnesses opinions of unfair treatment or violations of the law;

J. Exclude testimony regarding other lawsuits or complaints against Creighton;

K. Exclude testimony regarding any action or order of the Court concerning pretrial matters;

L. Exclude testimony regarding objections to discovery, assertions or privilege, or discovery disputes;

M. Exclude any solicitation of juror promises;

N. Exclude arguments regarding injunctive relief; and

O. Exclude evidence regarding settlement discussions, negotiations, or conduct.

Defendant sets forth the specific grounds for this Motion *In Limine* in its concurrently filed brief and Index of Evidence.

WHEREFORE, Creighton respectfully requests an order *in limine* limiting Plaintiff's evidence, testimony, and argument as outlined above.

Dated this 19th day of July, 2013.

CREIGHTON UNIVERSITY , Defendant,

By: s/Scott P. Moore
Scott Parrish Moore (NE# 20752)
Allison D. Balus (NE# 23270)
of BAIRD HOLM LLP
1500 Woodmen Tower
1700 Farnam St
Omaha, NE 68102-2068
Phone: 402-344-0500

# CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Dianne D. DeLair
Marc Charmatz
Mary C. Vargas
Michael Stein

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, this document to the following non CM/ECF participants:

None.

s/Scott P. Moore

DOCS/1197283.1