IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MICHAEL S. ARGENYI,** | ) | **CASE NO. 8:09CV341** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **CREIGHTON UNIVERSITY,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on its own motion. On August 8, 2013, an article appeared in the Omaha World-Herald regarding the above-captioned case, which is scheduled to be tried before a jury, beginning August 20, 2013. Plaintiff's counsel were quoted in the article, including statements of opinion regarding the law and the evidence in this case. To avoid the need to excuse jurors from the jury pool due to exposure to such pretrial publicity and statements of opinion,

IT IS ORDERED:

1. The parties and their counsel are referred to Rule 3-503.6 of the Nebraska Rules of Professional Conduct, and will refrain from making public comment regarding the law applicable to this case, or regarding evidence that may be presented in this case, until the jury has returned its verdict, or until further order of the Court; and

2. Failure to abide by this Order may result in appropriate sanctions including, but not limited to, assessment of costs for the calling of additional jurors as needed to supplement the jury pool due to jurors' exposure to pretrial publicity initiated by the parties or their counsel or in which the parties or their counsel have participated.

DATED this 12th day of August, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge