IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL S. ARGENYI, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV341 |
| | ) | |
| V. | ) | |
| | ) | |
| CREIGHTON UNIVERSITY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff has requested an order allowing his attorney, Jeffrey Miller, to withdraw as counsel in this matter. (Filing 346.) It support of this motion, Plaintiff asserts that Mr. Miller is now associated with another law firm and is no longer involved in this case.

    Because Plaintiff will remain represented in this action, Plaintiff's motion will be granted.

    Accordingly,

    **IT IS ORDERED:**

1. Plaintiff's Motion to Withdraw (filing 346) is granted.

2. The Clerk of Court shall terminate Jeffrey Miller's appearance as counsel for Plaintiff and shall terminate future notices to Mr. Miller is this case.

**DATED August 19, 2013.**

                                                     **BY THE COURT:**

                                                     **S/ F.A. Gossett**
                                                     **United States Magistrate Judge**