IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL S. ARGENYI,

    Plaintiff,

vs.

CREIGHTON UNIVERSITY,

    Defendant.

8:09CV341

JURY's FIRST QUESTION

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
AUG 30 2013
OFFICE OF THE CLERK

Do we have access to testimony? Transcripts?

Can we get a flip/page board to write on?

8/30/13

Dated this 30th day of August, 2013.

BY THE COURT:

s/ Laurie Smith Camp
Chief United States District Judge