IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

AUG 3 0 2013

OFFICE OF THE CLERK

MICHAEL S. ARGENYI,

Plaintiff,

vs.

CREIGHTON UNIVERSITY,

Defendant.

8:9CV341

ANSWERS TO JURY'S
FIRST QUESTIONS

At approximately 3:15 p.m. on August 30, 2013, the jury sent the following request to the court:

Do we have access to testimony? Transcripts?

My Answer is:

Transcripts of testimony are not available. You must base your decision on your recollection of the testimony, and on the other evidence received.

At approximately 3:15 p.m. on August 30, 2013, the jury sent the following request to the court:

Can we get a flip/page board to write on?

My Answer is:

A large paper pad will be made available for your use.

DATED at approximately 3:45 p.m. on August 30, 2013.

BY THE COURT:

_____
Chief United States District Judge