FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

13 SEP -4 PM 2: 28

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL S. ARGENYI,

　　　　　Plaintiff,

vs.

CREIGHTON UNIVERSITY,

　　　　　Defendant.

8:09CV341

**VERDICT FORM**

1.   With respect to Michael Argenyi's ADA/Rehabilitation Act claim as submitted in Instruction No. 7, we, the jury find:

　　a.   __X__   Michael Argenyi <u>has</u> met his burden of proof.

　　b.   _____   Michael Argenyi has <u>not</u> met his burden of proof.

**If you find that Michael Argenyi <u>has</u> met his burden of proof with respect to the ADA/Rehabilitation Act claim, please proceed to Question 2.**

**If you find that Michael Argenyi <u>not</u> met his burden of proof, you must return a verdict for Creighton. Please proceed to Question 3.**

2.   With respect to Creighton's affirmative defense of undue burden as submitted in Instruction No. 13, we, the jury find:

　　a.   _____   Creighton <u>has</u> met its burden of proof with respect to its affirmative defense of undue burden.

　　b.   __X__   Creighton has <u>not</u> met its burden of proof with respect to its affirmative defense of undue burden.

**If you find that Creighton <u>has</u> met its burden of proof with respect to its affirmative defense, you must return a verdict for Creighton. Please proceed to Question 3.**

**If you find that Creighton has <u>not</u> met its burden of proof with respect to its affirmative defense, you must return a verdict for Michael Argenyi. Please proceed to Question 3.**

3.  We, the jury, find in favor of:

__MICHAEL ARGENYI_____
(write "Michael Argenyi"          or          "Creighton")

**If you wrote Creighton on the line above, you have finished your deliberations. Please have your foreperson sign and date the last page of this verdict form and call the Judge's chambers because you have completed your deliberations.**

**If you wrote Michael Argenyi on the line above, please proceed to Question 4.**

4.  With respect to Michael Argenyi's claim that Creighton intentionally discriminated against him as submitted in Instruction No. 15, we, the jury find:

   a.  ____ Michael Argenyi <u>has</u> met his burden of proof.

   b.  _X_ Michael Argenyi has <u>not</u> met his burden of proof.

**If you find Michael Argenyi <u>has</u> met his burden of proof with respect to his claim that Creighton intentionally discriminated against him, you must determine the total amount of damages suffered by Michael Argenyi in Question 5.**

**If you find that Michael Argenyi has <u>not</u> met his burden of proof with respect to his claim that Creighton intentionally discriminated against him, you have finished your deliberations. Please have your foreperson sign and date the last page of this verdict form and call the Judge's chambers.**

5.  As submitted in Instruction No. 16, we find Michael Argenyi's <u>direct</u> damages to be:

   $_____
   (state the amount, or if none, write the word "none")

   As submitted in Instruction No.16, we find Michael Argenyi's <u>other</u> damages to be:

   $_____
   (state the amount, or if none, write the word "none")

2

DATED: 9/4/13

FOREPERSON