IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL S. ARGENYI,<br><br>             Plaintiff,<br><br>vs.<br><br>CREIGHTON UNIVERSITY,<br><br>             Defendant. | **CASE NO. 8:09CV341**<br><br>**JUDGMENT** |

Pursuant to the accompanying Memorandum and Order,

IT IS ORDERED:

1.  Plaintiff Michael Argenyi's Motion for Declaratory, Equitable, and Injunctive Relief (Filing No. 394) is granted in part, as follows:

Beginning in the fall semester of 2014, and continuing until his graduation or the discontinuation of his enrollment as a medical student, Creighton University will provide Michael Argenyi with auxiliary aids and services for his effective communication, including Communication Access Real-time Transcription (CART) in didactic settings and sign-supported oral interpreters in small group and clinical settings,

and the Motion is otherwise denied.

2.  The parties shall file any motions pursuant to Fed.R.Civ.P. 50(b), Rule 54(d)(2), Rule 59, or any other post-trial motions pursuant to the deadlines contained by the Federal Rules of Civil Procedure.

DATED this 19th day of December, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge