IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL S. ARGENYI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CREIGHTON UNIVERSITY,<br><br>　　　　Defendant. | CASE NO. 8:09CV341<br><br>MEMORANDUM<br>AND ORDER |

This matter is before the Court on the Parties' Joint Motion for Extension of Time (Filing No. 426).  The Parties' Motion will be granted and Plaintiff will file his motion for attorney's fees on or before February 15, 2014.  Pursuant to Fed. R. Civ. P. 58(e), the motion for attorney's fees will have "the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59."  That is, "the time to file an appeal runs for all parties from the entry of the order disposing of the . . . motion."  Fed. R. App. P. 4(a)(4)(A).

　　IT IS ORDERED:

　　1.　The Parties' Joint Motion for Extension of Time (Filing No. 426) is granted;

　　2.　The Plaintiff will file his motion for attorney's fees on or before February 15, 2014; and

　　3.　The parties' time to file any appeals from the Judgment in this case will run from the date of the entry of the order disposing of the motion for attorney's fees.

Dated this 24th day of December, 2013.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge