```
                      IN THE UNITED STATES DISTRICT COURT
                          FOR THE DISTRICT OF NEBRASKA


   MICHAEL S. ARGENYI,         )
                               )
             Plaintiff,        )          8:09CV341
                               )
       vs.                     )         Omaha, Nebraska
                               )         September 3, 2013
   CREIGHTON UNIVERSITY,       )
                               )
             Defendant.        )




                              VOLUME VIII
                       TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE LAURIE SMITH CAMP
              CHIEF UNITED STATES DISTRICT JUDGE AND A JURY









   COURT REPORTER:           Ms. Brenda L. Fauber, RDR, CRR
                             111 S. 18th Plaza
                             Suite 3122
                             Omaha, NE 68102
                             (402) 661-7322


   Proceedings recorded by mechanical stenography, transcript
   produced with computer.
```

```
 1                        A-P-P-E-A-R-A-N-C-E-S

 2
       FOR THE PLAINTIFF:          Ms. Mary C. Vargas
 3                                 Mr. Michael S. Stein
                                   Stein Vargas Law Firm
 4                                 P.O. Box 522
                                   Emmitsburg, MD 21727
 5

 6                                 Ms. Dianne D. DeLair
                                   Nebraska Advocacy Services
 7                                 134 South 13th Street
                                   Suite 600
 8                                 Lincoln, NE 68508

 9
                                   Ms. Caroline E. Jackson
10                                 NAD and Advocacy Center
                                   8630 Fenton Street
11                                 Suite 820
                                   Silver Springs, MD 20910
12

13     FOR THE DEFENDANT:          Mr. Scott P. Moore
                                   Ms. Allison D. Balus
14                                 Baird Holm Law Firm
                                   1700 Farnam Street
15                                 Suite 1500
                                   Omaha, NE 68102
16

17

18

19

20

21

22

23

24

25
```

1          (At 3:58 p.m. on September 3, 2013, with counsel for the
2    plaintiff present in chambers and counsel for the defendant
3    present via telephone, the following proceedings were had:)
4          THE COURT:  This is Judge Smith Camp.  And
5    plaintiff's counsel are in the room, as well as Rachel Timm,
6    our law clerk.  And Brenda Fauber is making a record.
7          I have a question from the foreperson of the jury and the
8    question is:  What do we do if we have a split decision on
9    number one question?
10         Now, they're continuing deliberating.  They're still
11   working in there.  My question for both sides here is whether
12   you've had any discussion about the possibility of a
13   nonunanimous verdict.
14         And I will just mention to you that in at least one case
15   I've had not too long ago, there was an agreement to go down,
16   say, in that case from 12 to 11.  We still didn't have a
17   verdict.  Then there was an agreement to go down from 11 to
18   10.  Still no verdict.  We went down from 10 to 9, and we got
19   a verdict.  And neither side was happy with the verdict, and
20   they appealed as I recall.
21         So, that's the discussion I wanted to have at this
22   juncture.  And you don't necessarily need me for this
23   discussion, but I do need to respond to the jury.
24         I know another potential response is to bring them in and
25   have an Allen charge, and I can certainly do that.  I'm very

1  willing to do that.

2  I certainly don't want to release them yet because nobody
3  really wants to try the case again. And if there's a
4  possibility of getting a verdict, that would be preferable.

5  But I believe the pretrial order indicated that you were
6  requiring a unanimous verdict.

7  So, I'll ask the plaintiff if you have any position on
8  that that you want to share at this time, or if counsel would
9  prefer to talk among themselves and then get back to me in a
10  short period of time so I can respond to the jury?

11  I just don't want to keep the jury waiting too long.

12  MS. VARGAS: Your Honor -- Scott, hi; Allie, hi; this
13  is Mary Vargas.

14  The request for unanimous verdict came from defendants.
15  And so I think it really is in their hands whether at this
16  point they'd be willing to accept something less than that.

17  MR. MOORE: Yeah, absolutely, your Honor. Mary's
18  absolutely right.

19  I would need to -- a few minutes to call our client and
20  just get the client's input. I do have the cell phone number
21  of our client contact. And I would call him right away and
22  get back with you, I would hope, within a matter of minutes.

23  THE COURT: I appreciate you doing that. And that
24  was something I was going to encourage if you didn't have
25  authorization to go with less than a unanimous verdict

1   because, of course, a client has a big stake if this has to be
2   tried again.
3           MR. MOORE:  Yes, yes.
4           THE COURT:  Please do confer with your client and
5   then let me know when you have a response.  And we will go on
6   the record again at that time with the response, so I know how
7   to get back to the jury.
8        All right.  Thank you, Mr. Moore.  I'll let you get ahold
9   of your client.
10          MR. MOORE:  Okay.  Thank you, Judge.  Thank you,
11  Mary.
12       (Break taken from 4:03 to 4:10 p.m.)
13          THE COURT:  We now have plaintiff's counsel in the
14  room and Mr. Moore is on the telephone.  And Mr. Moore, can
15  you tell me what your client advised you?
16          MR. MOORE:  Sure.  And for the record, Allison Balus
17  is also on the phone.
18          THE COURT:  Very good.  Hello, Ms. Balus.
19          MS. BALUS:  Hi.
20          MR. MOORE:  Creighton is willing to stipulate to less
21  than a unanimous verdict.
22          THE COURT:  All right.
23          MR. MOORE:  And I'm not sure how the Court or the
24  other side wants to work it with regard to what "less than
25  unanimous" means.

```
 1              THE COURT:  Well, I want to be very clear about what
 2     "less than unanimous" means.  Either we're going to say it
 3     will be a majority, and that's easy since we have an odd
 4     number, and that would make it easy for the jury because
 5     there's obviously a majority leaning one way or the other;
 6     or we can specify the number, agree upon the number.
 7         So, Mr. Moore, is it your understanding from your client
 8     that they would go with a majority verdict?
 9              MR. MOORE:  No.
10              THE COURT:  Okay.  Well, then that narrows it down.
11              MR. MOORE:  Yeah.
12              THE COURT:  We can also start with a 10-to-1 verdict;
13     and if we don't get a verdict, work from there.  We just go
14     back to the drawing board here.
15         So if it's agreeable to -- or you can come up with some
16     number in between and agree upon that right now.  But I'll let
17     plaintiff's counsel talk now and see what's agreeable.
18              MS. VARGAS:  Well, Scott, I think we remain open to
19     where you stand on this.  So, we certainly would accept 10 to
20     1.  But if there's something else your client would be willing
21     to accept, you know, 9 to 2, then we'd accept that as well.
22              MR. MOORE:  I mean, I -- I would probably rather
23     start out with 9 to 2 and see where that gets us.
24              THE COURT:  All right.
25              MR. MOORE:  If that would be acceptable to you, Mary.
```

```
 1           MS. VARGAS:  Yes, that's fine, Scott.
 2           THE COURT:  The parties have agreed to accept a
 3   nine-person verdict.
 4       And my response will be:  The parties have agreed to
 5   accept a verdict of nine jurors.
 6       I think that should be clear enough.  Any objection to
 7   that wording, Ms. Vargas?
 8           MS. VARGAS:  None, your Honor.
 9           THE COURT:  Okay.  Mr. Moore?
10           MR. MOORE:  None from the defendant, your Honor.
11           THE COURT:  That will be the response.  Thank you so
12   much.
13       I'll let you know when we hear back.
14           MR. MOORE:  Very good.  Thank you.
15           MS. VARGAS:  Thank you.
16
17       (Adjourned at 4:14 p.m.)
18
19
         I certify that the foregoing is a correct transcript from
20   the record of proceedings in the above-entitled matter.
21
22       /s Brenda L. Fauber                   7-21-14
         Brenda L. Fauber, RDR, CRR              Date
23
24
25
```