IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL S. ARGENYI, )
)
Plaintiff, )
)
vs. ) 8:09CV341
)
CREIGHTON UNIVERSITY, )
)
Defendant. )

MASTER INDEX
OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE LAURIE SMITH CAMP
CHIEF UNITED STATES DISTRICT JUDGE AND A JURY

COURT REPORTER: Ms. Brenda L. Fauber, RDR, CRR
111 S. 18th Plaza
Suite 3122
Omaha, NE 68102
(402) 661-7322

I-N-D-E-X


Volume I - August 20, 2013..........Pages 1 to 44

Volume II - August 22, 2013..........Pages 45 to 242

Volume III - August 23, 2013..........Pages 243 to 454

Volume IV - August 27, 2013..........Pages 455 to 647

Volume V - August 28, 2013..........Pages 648 to 883

Volume VI - August 29, 2013..........Pages 884 to 1005

Volume VII - August 30, 2013..........Pages 1006 to 1096

Volume VIII - September 3, 2013........Pages 1097 to 1103

Volume IX - September 4, 2013........Pages 1104 to 1121

Pretrial meeting in chambers......... Pages 3 to 29

Preliminary Jury Instructions........ Pages 29 to 39

Opening statements by counsel........ Pages 56 to 86

Instruction conference............... Pages 1011 to 1025

Closing arguments by counsel......... Pages 1026 to 1094

| MOTIONS | Made | Ruling |
|---|---|---|
| Motion for Clarification | Filing 349 | 3 |
| Motion for Reconsideration | Filing 352 | 7 |
| Motion to Sequester Witnesses | 19 | 19 |
| Motion re Counsel's Disability | 40 | 41 |
| Motion re Redaction of Exhibit and Exclusion of Evidence | 47 | 48 |

| MOTIONS | Made | Ruling |
|---|---|---|
| Motion re Waived Issues | 48 | 49 |
| Defendant's Rule 50(a) Motion | 678 | 680 |
| Plaintiff's Motion for Directed Verdict | 1009 | 1011 |

| WITNESSES: | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| FOR THE PLAINTIFF | | | | |
| August 22, 2013: | | | | |
| Christopher Moreland (without the jury) | 96 | | | |
| Christopher Moreland | 104 | 107 | | |
| Britt Thedinger | 108 | 148 | 165 | |
| Margaret Tyska Heaney | 168 | 189 | 197 | |
| Ronda Rankin | 201 | 224 | 226 | |
| Esther Argenyi | 227 | 238 | | |
| August 23, 2013: | | | | |
| Michael Argenyi | 248 | 387 | | |
| August 27, 2013: | | | | |
| Michael Argenyi | | 462 | 523 | |
| Floyd Knoop | 558 | | | |

| | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Thomas Hansen | 562 | 575 | 579 | |
| Jan Madsen | 582 | 593 | 600 | |
| Stacey Watson | 609 | 633 | 644 | |
| August 28, 2013: | | | | |
| Michael Kavan | 670 | | | |
| WITNESSES: | | | | |
| FOR THE DEFENDANT: | | | | |
| August 28, 2013: | | | | |
| Michael Kavan | 681 | 786 | 825 | |
| Thomas Hansen | 831 | 855 | 879 | |
| August 29, 2013: | | | | |
| Victoria May Deuel | 887 | 889 | | |
| Charles Lenosky | 892 | 901 | 905 | |
| Theresa Ann Townley | 906 | 915 | 928 | |
| Jan Madsen | 932 | 943 | 956 | |
| Wade Pearson | 957 | 974 | 981 | |

REBUTTAL WITNESSES:

FOR THE PLAINTIFF:

August 29, 2013:

| | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|
| Michael Kavan | 987 | 999 | 1000 | |

| EXHIBITS: | Offered | Ruling |
|---|---|---|
| 1. March 23, 2009 Letter from plaintiff to Dr. Kavan | 21 | 22 |
| 2. April 2009 E-mails between Plaintiff and Dr. Kavan | 21 | 22 |
| 3. April 24, 2009 E-mail from Plaintiff to Dr. Kavan | 21 | 22 |
| 4. May 18, 2009 Letter from Dr. Kavan to Plaintiff | 21 | 22 |
| 5. May 26, 2009 Letter from Dr. Kavan to Plaintiff | 21 | 22 |
| 6. May 18, 2009 Letter from Dr. Kavan to Plaintiff | 21 | 22 |
| 7. July 15, 2009 E-mail from Plaintiff to Dr. Kavan | 21 | 22 |
| 8. Class Schedule M1 August 2009 | 21 | 22 |
| 9. September 1, 2009 E-mail from Plaintiff to Dr. Kavan | 21 | 22 |
| 10. September 15, 2009 E-mail from Plaintiff to Dr. Kavan with attachment | 323 | 323 |
| 11. E-mail from Plaintiff to Dr. Kavan | 21 | 22 |
| 12. September 24, 2009 E-mail from Plaintiff to Dr. Kavan | 21 | 22 |

| EXHIBITS: | Offered | Ruling |
|---|---|---|
| 13. October 30, 2009 Letter from Richard Okamoto to Amy Bones | 21 | 22 |
| 16. April 10, 2009 Letter from Dr. Backous and Stacey Watson to Dr. Kavan | 20 | 21 |
| 17. May 27, 2009 Letter from Dr. Backous and Stacey Watson to Dr. Kavan | 20 | 21 |
| 18. September 10, 2009 Letter from Dr. Backous and Stacey Watson to Dr. Kavan | 20 | 21 |
| 19. September 28, 2009 Letter from Dr. Backous and Stacey Watson to Dr. Kavan | 20 | 21 |
| 20. May 6, 2010 Letter from Dr. Britt Thedinger | 21 | 22 |
| 21. Audiogram and Test Results | 132 | 132 |
| 22. September 21, 2010 E-mail chain Plaintiff and Thomas Hansen | 355 | 355 |
| 23. October 8, 2010 E-mail from Plaintiff to Thomas Hansen | 360 | 360 |
| 24. October 20, 2010 E-mail from Plaintiff to Thomas Hansen | 364 | 364 |
| 25. December 6, 2010 E-mail from Plaintiff to Thomas Hansen | 365 | 366 |
| 26. April 7, 2011 E-mail from Plaintiff to Thomas Hansen | 549 | 550 |
| 27. Calendars Maintained by Floyd Knoop, Oct. 2009-May 2010 | 560 | 560 |
| 28. Resume of Margaret Heaney | 171 | 172 |
| 29A. Report of Margaret Heaney with attachments | 175 | 176 |

| EXHIBITS: | Offered | Ruling |
| --- | --- | --- |
| 33. September 7, 2009 Letter from Esther Argenyi to Dr. Zetterman with attachment | 236 | 236 |
| 34. September 15, 2009 E-mail from Dr. Kavan to Plaintiff | 21 | 22 |
| 35. September 28, 2009 E-mail from Floyd Knoop to P. Brauer, et al | 21 | 22 |
| 36. Charts of Auxiliary Aids Provided by Plaintiff for M1 | 333 | 333 |
| 38. Rankin Confidentiality Agreement | 221 | 221 |
| 40. May 6, 2009 E-mail from Alice Smith to Dr. Kavan | 677 | 677 |
| 53. USASpending.gov 2010 Document | 587 | 589 |
| 54. USASpending.gov 2011 Document | 587 | 589 |
| 56. Creighton University Financial Report 2010 | 584 | 584 |
| 57. Creighton University Financial Report 2011 | 585 | 585 |
| 200. Plaintiff's Application to Creighton Medical School | 270 | 270 |
| 202. Letter dated June 2, 2009 From Amanda Mogg to Dr. Kavan | 505 | 505 |
| 203. August 18, 2009 E-mail From Dr. Kavan to Plaintiff | 21 | 22 |
| 206. September 21, 2009 letter between counsel | 765 | 765 |
| 209A. Video of OSCE | 470 | 470 |
| 209B1. Video of OSCE | 472 | 473 |
| 209B2. Video of OSCE | 476 | 476 |

| EXHIBITS: | Offered | Ruling |
|---|---|---|
| 210. E-mails re FM Assistive Listening Device | 412 | 412 |
| 211. Creighton University School of Medicine Handbook | 686 | 686 |
| 213. July 28, 2010 letter between counsel | 21 | 22 |
| 214. August 13, 2010 letter between counsel | 487 | 488 |
| 215. Creighton e-mails re closed captioned videos | 812 | 813 |
| 218. Medical records from the Listen for Life Center | 605 | 608 |
| 221. Student Evaluation Report Fall 2010 | 914 | 914 |
| 222. Student Evaluation Report Spring 2011 | 914 | 914 |